# United States District Courts
## Eastern District of Tennessee

UNITED STATES OF AMERICA
v.
MARK EDWARD SALYER

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 2:11-CR-004-01

Dan Smith
Defendant's Attorney

## THE DEFENDANT:

[✓] pleaded guilty to count(s): One and Four of the Superseding Indictment
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §1343 | Wire Fraud | 11/2007 | 1 |
| 18 U.S.C. §1957 | Money Laundering | 11/2007 | 4 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment and the Statement of Reasons. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. §3553.

[ ] The defendant has been found not guilty on count(s) ___.

[✓] All remaining counts as to this defendant in this case are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

4/20/2012
Date of Imposition of Judgment

Signature of Judicial Officer

J. RONNIE GREER, United States District Judge
Name & Title of Judicial Officer

Date 4/30/12

DEFENDANT: MARK EDWARD SALYER
CASE NUMBER: 2:11-CR-004-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __108 months__.

108 months on Count 1, and 108 months on Count 4, to run concurrently for a net effective sentence of 108 months.

[✓] The court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served from March 23, 2012 to March 28, 2012.
2. Designation to a federal facility at Lee County, Virginia or as close to his home in Kingsport, Tennessee as possible.

[] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district:
[ ] at __ [] a.m. [] p.m. on __.
[] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2 p.m. on __.
[✓] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 6-6-12 to FCI Beckley
at Beaver, WV, with a certified copy of this judgment.

Joel Ziegler, Warden
UNITED STATES MARSHAL

By D. Thomps, SCO
DEPUTY UNITED STATES MARSHAL