IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MARK SALYER,<br>    Petitioner, | )<br>)<br>) |
| v. | ) Crim. No. 2:11-cr-004<br>) Civil No. 2:13-cv-113<br>)<br>) |
| UNITED STATES OF AMERICA,<br>    Respondent. | ) Judge Greer<br>) |

EXHIBIT 1
ANSWER TO THE GOVERNMENT'S RESPONSE

COMES NOW, Mark Salyer, Petitioner, pro se, and respectfully files the attached Exhibit 1 of the Answer to the Government's Response, previously submitted in the above styled Section 2255 action. In so doing, the Petitioner notes the following for the record:

1. Mr. Salyer has a motion currently pending in the above styled action(s) to vacate or correct his sentence pursuant to 28 U.S.C. § 2255.

2. On September 16, 2013, the Government filed a Response in Opposition to the 2255 Motion (Crim. Doc. 67.)

3. Pursuant to an Order of this Honorable Court, the Petitioner submitted an Answer to the Government's Response on November 15, 2013. ("Answer")

4. In so doing, the Petitioner made reference to notations written by defense counsel in the margins of the Pre-Sentence Investigation report (PSI). (See, Answer at 3.)

5. Pursuant to Bureau of Prison policy, however, the Petitioner is not allowed to possess any copy of his PSI. Upon his receipt of the document in question, it was forwarded to his Case Manager by the institution's mailroom and placed in his inmate file. Pursuant to policy, therefore, he was required to provide the instant pleading to his Case Manager who, in turn, attached the document referred to in his Answer as **Exhibit 1**.

The Petitioner regrets any inconvenience this may have caused this Honorable Court or the Respondent.

Dated: 11/30/2013

Respectfully Submitted,

Mark Salyer, pro se
43560-074 FCI
P.O. Box 350
Beaver, WV 25813

EXHIBIT

1

Excerpts of Presentence Investigation Report
with annotations in margin by attorney Dan Smith

6/22/07 paid 8454.99
to Financial Services
Remarketing to pay
off auto loan in the
Name of Edna Pifer
6/30/07 Repaid Pifer
$30,000.

?

275,000 Sent to Parker
Outdoor

64,500 returned to
her   5/22/06  50,000
              ECU
     2/20/07  2500.00
              ECU
     1/8/2007  2000.
              Am Sout

     11/28/06  3000.
               Am Sout
     5/30/2007  3000.
                Am Sout
     4/6/07   500
              Am Sout
     8/8/07   1500
              Am Sout
     9/14/07  500.
              Am Sout
     9/24/07  1500
              Am Sout

Office of the Clerk
United States District Court
220 W. Depot Street
Suite 200
Greeneville, TN 37743

November 25, 2013

Re: <u>Mark Salyer v. United States</u>, 2:13-cv-113 (2:11-cr-04)

Dear Sir/Madam:

Please find the following documents enclosed:

One (1) original: Exibit  - Answer to the Government's Response

One (1) extra copy of the first page of same

With regards to these documents, the following is being requested of your office:

1.  Please file this document with the Court on the above styled action.

2.  Please stamp the extra first page "filed" and return it to the undersigned in the self-addressed, stamped envelope that has been provided for your convenience.

Thank you for your attention to this request; your assistance is greatly appreciated.

Respectfully,

*[signature]*

Mark Salyer, 43560-074
FCI, P.O. Box 350
BEaver, WV 25813