UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| MARK EDWARD SALYER, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos. 2:11-CR-04-JRG |
| | ) | 2:13-CV-113 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF APPEAL

COMES Petitioner, Mark Edward Salyer, appearing *pro se,* and timely files his Notice of Appeal of the June 28, 2016 Memorandum and Order and Judgment denying his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

/s/ Mark Salyer

MARK EDWARD SALYER
Reg. No. 43560-074
FCI BECKLEY
FEDERAL CORR. INSTITUTION
P. O. BOX 350
BEAVER, WV 25813
Petitioner appearing *pro se*